1054

[No. 21524-5-III. Division Three. September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL DAVID HULL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00596-0, Ellen K. Clark, J., entered October 10, 2002. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 21592-0-III. Division Three. September 30, 2003.]

KEITH R. SCRIBNER, ET AL., *Appellants*, v. LAMAR COMPANY, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-02987-1, Robert D. Austin, J., entered October 22, 2002. *Affirmed* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 22115-6-III. Division Three. September 30, 2003.]

CHRISTOPHER C.F. PANG, ET AL., *Appellants*, v. THE CITY OF RICHLAND, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-2-01385-3, Robert G. Swisher, J., entered January 29, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 27877-4-II. Division Two. September 30, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST L. BRAZZEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02245-2, Bryan E. Chushcoff, J., entered September 14, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Bridgewater, J.